Ronald J. Dreher, Esq.
Nevada Bar No. 15726
P.O. Box 6494
Reno, NV 89513
775-846-9804
ron@dreherlaw.net
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CRISTINA ORONOZ | Case No.: 3:24-cv-00478 |
| Plaintiff, | ORDER GRANTING |
| vs. | **MOTION FOR CONTINUANCE OF EARLY NEUTRAL EVALUATION SESSION** |
| WASHOE COUNTY SCHOOL DISTRICT; and DOES I-X, | **(FIRST REQUEST)** |
| Defendants. | |

**COMES NOW** Plaintiff CRISTINA ORONOZ, by and through attorney Ronald J. Dreher, Esq., hereby files her Motion for Continuance of Early Neutral Evaluation Session (ECF No. 11) currently set for Monday, February 10, 2025, at 9:00 a.m.

On February 4, 2025, at approximately 4:30 p.m. Plaintiff's undersigned counsel was ordered to appear in-person before the Honorable Judge Andrew P. Gordon in the Las Vegas United States District Court on February 10, 2025, at 2:00 p.m. in case number 2:25-cv-00218. The case in Judge Gordon's court is an ex parte application for temporary restraining order and was set for hearing on short notice due to the urgency of the matter. Plaintiff's attorney emailed Defendant's counsel on February 5, 2025 advising them of the conflict and requesting a

-2-

stipulation to reschedule the Early Neutral Evaluation Session ("ENE"). Defendant's attorneys would not agree to a stipulation to reschedule the ENE, and Plaintiff is now filing this Motion.

Accordingly, due to this unforeseen and urgent matter that has arisen and is causing a scheduling conflict for her counsel, Plaintiff is requesting the Court continue and reschedule the ENE to another date so that Plaintiff may appear with, and be represented by, her counsel of record. This is the first request for a continuance in this matter and Plaintiff asserts that this Motion and request is not being made for any improper purpose or to cause an undue delay.

Dated this 6th day of February, 2025.

/s/ *Ronald J. Dreher*_____
Ronald J. Dreher
NV Bar No. 15726
P.O. Box 6494
Reno, NV 89513
Telephone: (775) 846-9804
ron@dreherlaw.net
*Attorney for Plaintiff*

ORDER

The Courtroom Administrator shall reschedule the Early Neutral Evaluation Session as soon as the court's calendar will accommodate it.

IT IS SO ORDERED.

DATED: February 6, 2025.

_____
Craig S. Denney
United States Magistrate Judge

-2-