Ronald J. Dreher, Esq.
Nevada Bar No. 15726
P.O. Box 6494
Reno, NV 89513
775-846-9804
ron@dreherlaw.net
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CRISTINA ORONOZ, | |
| Plaintiff, | Case No.: 3:24-cv-00478-MMD-CLB |
| vs. | **<u>ORDER GRANTING STIPULATION FOR ORDER FOR DISMISSAL OF ALL CLAIMS, WITH PREJUDICE</u>** |
| WASHOE COUNTY SCHOOL DISTRICT; and DOES I-X, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Cristina Oronoz and Defendant Washoe County School District, by and through their respective undersigned counsel, hereby stipulate and agree that this action and all claims contained in Plaintiff's Complaint and Jury Demand (ECF No. 1) be dismissed, in their entirety, with prejudice, both sides to bear their own attorney's fees and costs.

Dated this 23rd day of April, 2025

| | |
|---|---|
| By: /s/ *Ronald J. Dreher* | By: /s/ *Sara Montalvo* |
| Ronald J. Dreher | Sara Montalvo |
| NV Bar No. 15726 | Nevada Bar No. 11899 |
| P.O. Box 6494 | P.O. Box 30425 |
| Reno, NV 89513 | Reno, NV 89520-3425 |
| Tel.: (775) 846-9804 | Tel.: (775) 348-0300 |
| ron@dreherlaw.net | Sara.Montalvo@WashoeSchools.net |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

IT IS SO ORDERED

DATED this 24th day of April, 2025.

_____
Miranda M. Du, U.S. District Judge